UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDA DURBIN,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

Case No. 1:22-cv-270

Hon. Hala Y. Jarbou

## ORDER

In accordance with the opinion entered this date:

**IT IS ORDERED** that the R&R (ECF No. 17) is **APPROVED** and **ADOPTED IN PART** as the opinion of the Court.  Per footnote 5 of the Court's opinion, the Court does not adopt the magistrate judge's conclusion that any error in the ALJ's analysis of Plaintiff's alleged carpal tunnel syndrome would be harmless.  (R&R, PageID.1927.)  As discussed in this Court's opinion, there was no error in that analysis, so harmless error does not apply.  In all other respects, the Court adopts the R&R.

A judgment will issue in accordance with this order.

Dated: July 20, 2023

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE